FILED
10/27/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC



Case No: 1:26-CV-00878

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| **REBEKAH KATHERINE BREWIS,** | ) |
| | ) |
| Plaintiff, Pro Se, | ) **Case No. 1:26-cv-00878** |
| | ) |
| v. | ) Judge Elaine E. Bucklo |
| | ) |
| **IMOTORSPORTS, INC.,** | ) Magistrate Judge Beth W. Jantz |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on Friday, November 6, 2026, at 9:45 a.m., Plaintiff Rebekah Katherine Brewis will present Plaintiff's Motion to Direct Service Through the United States Marshals Service, Including by E-Mail, to Extend Time for Service Under Rule 4(m), and for Leave to File Status Report Instanter before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 2243 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

Under Judge Bucklo's standing order on noticing motions, the Court will rule by written order on or before the presentment date, and no appearance is required on that date.

Defendant iMotorsports, Inc. has not been served with process and has not appeared.

Respectfully submitted,

/s/ Rebekah K Brewis, *Pro Se*

Aeroswift Legal Consultants

1001 Wilshire Boulevard, PMB 2107

Los Angeles, California 90017

Telephone: (224) 347-4404

Email: owner@aeroswift.org

Dated: October 27, 2026

**CERTIFICATE OF SERVICE**

I, Rebekah K Brewis, certify that on October 27, 2026, I sent a copy of the foregoing Notice of Motion by e-mail to Defendant iMotorsports, Inc., which has not been served with process or appeared in this action, at eric@sales.imotorsportsinc.com, thomas@sales.imotorsportsinc.com, and thomas@imotorsportsinc.com, the e-mail addresses of Defendant's employees with whom Plaintiff corresponded (Compl. Exs. A, J).

/s/ Rebekah K Brewis, *Pro Se*